IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEONARD CHARLES MARTIN                                                 PLAINTIFF

                v.                         Civil No. 08-5042

KEITH FERGUSON, Sheriff,
Benton County, Arkansas                                           DEFENDANT

## O R D E R

Plaintiff's complaint was filed in this case on March 3, 2008. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

Accordingly, it is ordered that plaintiff, Leonard Charles Martin, complete and sign the attached addendum to his complaint, and return the same to the court **by May 8, 2008. Plaintiff is advised that should he fail to return the completed and executed addendum by May 8, 2008, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 8th day of April 2008.

                                                           /s/ *J. Marschewski*
                                                      HON. JAMES R. MARSCHEWSKI
                                                      UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEONARD CHARLES MARTIN                                                          PLAINTIFF

v.                            Civil No. 08-5042

KEITH FERGUSON, Sheriff,
Benton County, Arkansas                                                         DEFENDANT

## ADDENDUM TO COMPLAINT

TO: LEONARD CHARLES MARTIN

This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendant. Accordingly, it is required that you fill out this form and send it back to the court **by May 8, 2008.** Failure to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

## RESPONSE

In your complaint, you allege the defendant Sheriff Keith Ferguson twice had you held on a twenty-eight day commit  As relief, you ask that the defendant be ordered to pay you damages in the amount of $70,000.

1. Please explain what the twenty-eight day commit was. In doing so, indicate: (a) what court entered the commitment order; (b) when the order was entered; (c) what offense the order was entered for; and (d) when you served the twenty-eight days.

-2-


Answer:

_____

_____

_____

_____

_____

_____

_____

2. You allege Sheriff Ferguson made you serve the same twenty-eight day commitment twice.  Please explain how he did this.  In doing so, please state:  (a) if you had an attorney representing you; (b) whether the commitment was pursuant to a court order; (c) when the court order was entered; and (d) what court entered the order.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

       3.  Did you receive credit on your sentence for the time you served on the commitment order?

       Answer:

_____

_____

_____

_____

       4.  Did you personally speak to, or communicate with, Sheriff Ferguson about your serving the commitment order twice?

       Answer: Yes _____ No _____.

If you answered yes, please explain the content of your conversation, or communication, with the Sheriff and his response to you.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If you answered no, please state how you believe Sheriff Ferguson was responsible for your serving your commitment twice.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      5.  You are currently in the Southwest Arkansas Community Corrections Center.  Please indicate what crimes you have been convicted of and what sentence you are serving.  Also indicate if your current sentence has any connection with the reason you were serving a twenty-eight day commitment.

      Answer:

_____

_____

_____

_____

_____

_____

      I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

                                              _____
                                              LEONARD CHARLES MARTIN

                                              _____
                                              DATE

AO72A
(Rev. 8/82)